United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARIA FERNANDA SANCHEZ ESTRADA,** | § § § | |
| **Petitioner,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:26-CV-00997** |
| **WARDEN, *et al.*,** | § § § | |
| **Respondents.** | § § | |

**ORDER**

Pending before the Court is *pro se* petitioner Maria Fernanda Sanchez Estrada's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on the ***pro se* Petitioner** no later than **June 8, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243.[1] The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents' Response on or before **June 22, 2026**.

The Clerk is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov.

---

[1] Respondent must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is *pro se*.

Finally, the Clerk is DIRECTED to mail a copy of this order to Petitioner via any receipted means at:

**Maria Fernanda Sanchez Estrada**
**A# 221043936**
**Laredo Detention Center**
**4702 East Saunders St.**
**Laredo, TX 78401**

Additionally, it is further ordered that Respondents must notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this June 1, 2026.

_____
Diana Saldaña
United States District Judge

2 / 2